**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00987-CV

### IN RE STAFF CARE, INC., Relator

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03615**

## ORDER

The Court has before it relator's unopposed motion for leave to file reply to response to petition for writ of mandamus. The Court **GRANTS** the motion and **ORDERS** that any reply be filed by August 7, 2013.

/s/ ELIZABETH LANG-MIERS
JUSTICE